## (April 17, 1972)

■ In the Matter of WILLIAM FRIEDMAN.— This application by a former attorney (by order of this court dated November 28, 1960, his resignation from the Bar was accepted) for reinstatement was referred to the Committee on Character and Fitness for the Second Judicial District on March 31, 1969. A report from the Committee has been received by this court. Application denied. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

■ PASQUALE P. CAIAZZA, Appellant, v. ELIZABETH J. CAIAZZA, Respondent. — In an action for divorce, plaintiff appeals from an order of the Supreme Court, Richmond County, dated August 30, 1971, which granted defendant a counsel fee of $2,500, with leave to apply to the trial court for additional fees. Order modified by reducing the amount of the award presently granted to $750. As so modified, order affirmed, without costs. In our opinion the award was excessive to the extent indicated herein. Rabin, P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.